# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC ST. JOHN,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security[1],<br><br>    Defendants. | Case No.: 1:25-cv-0069 JLT HBK<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS, GRANTING PLAINTIFF'S APPEAL, DENYING THE COMMISSIONER'S REQUEST TO AFFIRM, AND REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT<br><br>(Docs. 10, 13, 15) |

Isaac St. John seeks judicial review of the decision denying his application for a period of disability and disability insurance benefits under Title II of the Social Security Act, asserting the administrative law judge erred in evaluating the evidence. (Doc. 1; Doc. 10.) The magistrate judge found the ALJ erred in evaluating the medical opinion of Dr. Galli, and the finding that "[the] opinion was not persuasive is not supported by substantial evidence." (Doc. 15 at 12; *see also id.* at 6-12.) The magistrate judge found remand was appropriate for the ALJ to reconsider the medical evidence, reassess Plaintiff's residual functional capacity, "and conduct a new sequential analysis, including a reevaluation of Plaintiff's symptom claims." (*Id.* at 12.) Therefore, the magistrate judge recommended

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Frank as the defendant in this suit.

1

the Court grant Plaintiff's motion for summary judgment and remand the matter for further proceedings. (*Id.* at 13.)

The Court served the Findings and Recommendations on the parties and notified them that any objections were due within 14 days. (Doc. 15 at 14.) The Court advised the parties that the "failure to file objections within the specified time may result in the waiver of certain rights on appeal." (*Id.* at 14, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Neither party filed objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated September 8, 2025 (Doc. 15) are **ADOPTED** in full.
2. Plaintiff's motion for summary judgment (Doc. 10) is **GRANTED**.
3. Defendant's cross-motion to affirm the administrative decision (Doc. 13) is **DENIED**.
4. The matter is **REMANDED** for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g), consistent with the Court's findings.
5. The Clerk of Court is directed to terminate pending motions; enter judgment in favor of Plaintiff Isaac St. John and against Defendant Frank Bisignano, Commissioner of Social Security; and to close this case.

IT IS SO ORDERED.

Dated:   **September 23, 2025**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE